No. 16,274.

PEOPLE EX REL. METZGER, ATTORNEY GENERAL v.
DISTRICT COURT OF DENVER ET AL.
(208 P. [2d] 82)

Decided June 13, 1949.

Mr. JOHN W. METZGER, Attorney General, Mr. JOSEPH E. NEWMAN, Deputy, Mr. FRANK A. WACHOB, Assistant, for the people.

Mr. EDWARD C. DAY, judge respondent, Mr. BART W. O'HARA, for respondents.

*En Banc.*

MR. JUSTICE HOLLAND delivered the opinion of the court.

On showing made by respondents' return to the alternative writ issued herein, that the proceedings initiated by R. L. McMichael before respondent Court have become moot, for the reason that the said R. L. McMichael has abandoned the proceedings and has returned to the State Penitentiary, the rule to show cause is discharged and the petition is dismissed.